# Court of Appeals
# of the State of Georgia

ATLANTA,  September 22, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2328.  BROWN v. THE HOUSING AUTHORITY OF THE CITY OF AUGUSTA.**

Appellant's brief and enumerations of error were due by September 1, 2015, and have not been filed. Accordingly, this appeal is hereby **DISMISSED**.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/22/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*

---

[1] See Court of Appeals Rules 13, 22 (a), & 23 (a).